IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UMAR BEY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:25-CV-71 (LAG) |
| CATHERINE SMITH, and JESS HORNSBY, | : |
| Defendants. | : |

# ORDER

Plaintiff filed a Complaint in the above-captioned matter on May 20, 2025. (Doc. 1). On August 28, 2025, the Court ordered Plaintiff to (1) "[p]ay the required filing fee or file a motion to proceed without prepayment of the filing fee;" (2) "[s]how good cause in writing why the case shouldn't be dismissed for failure to serve process;" and (3) "[f]ile an amended complaint containing a short and plain statement of the grounds for the Court's jurisdiction as required by Federal Rule of Civil Procedure 8(a)." (Doc. 2 at 2). Plaintiff was advised that a failure to respond to the Order could result in dismissal without prejudice and without further notice. (*Id.*). Plaintiff failed to comply with the Court's Order. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**. *See Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41b) for failure to prosecute or failure to obey a court order." (first citing Fed.R. Civ. P. 41(b); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))).

**SO ORDERED**, this 1st day of October, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**