IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UMAR BEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:25-cv-71 (LAG) |
| | * |
| CATHERINE SMITH, and JESS HORNSBY, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 1, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of October, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk